UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 1:06-CR-239-02

v.

Hon. Richard Alan Enslen

KENNETH JAMES JOHNSON,

**ORDER**

       Defendants.
_____/

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge filed March 26, 2007, is **APPROVED AND ADOPTED** as the Opinion and Findings of this Court.

2. Defendant Kenneth James Johnson's plea of guilty to Counts One, Five, Six, Seven, Eight, and Nine of the Indictment is accepted. Defendant Kenneth James Johnson is adjudicated guilty.

3. Defendant Kenneth James Johnson shall be detained pending sentencing.

DATED in Kalamazoo, MI:
     August 30, 2007

 /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE